IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| ROBERT MAXWELL and | * | |
| PRINCESS M. SMITH, | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| | * | |
| vs. | * | No. 4:07cv00669 SWW/BD |
| | * | |
| | * | |
| | * | |
| | * | |
| RONALD TALLEY, et *al.*, | * | |
| | * | |
| Defendants. | * | |

ORDER

Plaintiffs' motion [doc.#373] for this Court to reconsider the Magistrate Judge's Order [doc.#366] striking docket entries #358 and #359 from the record has been considered by the Court and is hereby denied.

IT IS SO ORDERED this 1st day of June 2009.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE