**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**ROBERT MAXWELL**
**AND PRINCESS M. SMITH**                                                                 **PLAINTIFFS**

**V.**                              **CASE NO. 4:07CV00669 SWW/BD**

**RONALD TALLEY,** *et al.*                                                                 **DEFENDANTS**

## ORDER

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere. After careful review of the recommendation, the objections received thereto, as well as a *de novo* review of the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

The Defendants' motion for summary judgment (docket entry #350) is GRANTED. All claims are dismissed with prejudice. In addition, Plaintiff Maxwell's motion for ruling (#376) is DENIED as moot.

IT IS SO ORDERED this 16th day of August 2010.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE