# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**ROBERT MAXWELL**
**AND PRINCESS M. SMITH**                                                    **PLAINTIFFS**

**V.**                  **CASE NO. 4:07CV00669 SWW/BD**

**RONALD TALLEY,** *et al.*                                            **DEFENDANTS**

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 16th day of August 2010.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE